**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00103-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    KIRK SIMS,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, due to a conflict in the Court's calendar, the supervised release violation hearing regarding Defendant Sims set **Monday, March 12, 2012 is VACATED and RESET for Wednesday, March 28, 2012 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: March 8, 2012