IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00103-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KIRK SIMS,

    Defendant.

---

### ORDER

---

    PURSUANT to and in accordance with the sentencing during the Supervised Release Violation hearing held before the Honorable Lewis T. Babcock, United States District Judge, on November 19, 2012, it is hereby

    ORDERED that Defendant Kirk Sims is sentenced to **TIME SERVED.**

    Dated: November 19, 2012.

                                        BY THE COURT:

                                        s/ Lewis T. Babcock
                                        LEWIS T. BABCOCK,
                                        UNITED STATES DISTRICT JUDGE