IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Criminal Action No.   10-cr-00103-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIRK SIMS,

    Defendant.

## ORDER EXONERATING BOND

    As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    DATED at Denver, Colorado, this 29th day of January, 2013.

    BY THE COURT:

    By: *s/John L. Kane*
        UNITED STATES DISTRICT JUDGE
        DISTRICT OF COLORADO